IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DANNY ALLEN GREEN,**

    **Petitioner,**

**v.**                                                                 **Case No.: 3:11cv457/MCR/CJK**

**WARDEN ALLEN PIPPIN, et al.,**

    **Respondents.**
_____/

## ORDER

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 4, 2012. (Doc. 17). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    Petitioner's habeas corpus petition brought under 28 U.S.C. §§ 2241 and 2254 (doc 1) is DISMISSED WITHOUT PREJUDICE as an unauthorized second or successive habeas corpus application.

      3.    The clerk is directed to close the file and send the petitioner the Eleventh Circuit's application for leave to file a second or successive petition.

4.    A certificate of appealability is DENIED.[1]

**DONE AND ORDERED** this 15th day of January, 2012.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The petitioner's motion for a hearing on the court's alleged lack of subject matter jurisdiction also is DENIED.

*Case No: 3:11cv457/MCR/CJK*